

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-19-00704-CR

James Burke **JARREAU**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

# O R D E R

This appeal is currently set for formal submission and oral argument before this court on April 16, 2020, at 9:00 a.m., before a panel consisting of Justice Luz Elena Chapa, Justice Irene Rios, and Justice Liza Rodriguez. In light of the current situation involving COVID-19, the court has reconsidered its' grant of oral argument in this appeal and has determined it is no longer feasible.

We therefore WITHDRAW the current oral argument submission date and ORDER the appeal set for formal submission "on briefs" on April 16, 2020 before the same panel. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

It is **ORDERED** on March 24, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz, Clerk of Court